✓ #112  #128935

FILED
2010 SEP 30 PM 2:12

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: WAUGAMAN, WILLIAM J.  
      WAUGAMAN, LESLIE R.

              Debtor(s).

Case No. 10-30216

Chapter 7

Judge: MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Village of Gibsonburg Ohio – Water | 120 N. Main Street<br>Gibsonburg, OH 43431-1106 | $4.32 |
| Emergency Care Services Inc. | L2817<br>Columbus, OH 43260-0001 | $4.25 |

Check for $8.57 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 9/28/2010

                                      John N. Graham, Trustee